# File Hashes for IP Address 173.73.38.122

**ISP:** Verizon Online, LLC
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/23/2015 00:56:16 | D02064355265CBAEE0B733019F78E17BEAD29794 | Fucking Ballerinas |
| 01/12/2015 01:16:35 | 6FC3CE2E556DEB232F0E74D693721DC9FDBAF359 | Lovers in Paradise |
| 01/12/2015 01:14:47 | CB7FE3E87A23E0CF682670DA4502B0400D961B92 | Enjoy the Ride |
| 10/08/2014 05:28:53 | 948DEF2CA002798338B956D9E349A669474D6E4C | Lunchtime Fantasy |
| 08/28/2014 01:11:17 | 7A4995CAD71D31FF581945E35ABE694C7EDE32DC | Paint Me White |
| 08/13/2014 00:51:42 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 08/04/2014 02:45:44 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 07/23/2014 07:25:08 | D2CEF42B12255477B18002859B65233E80C6FCE8 | Be With Me |
| 07/15/2014 20:41:14 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 07/07/2014 01:47:11 | 02744D186E0956E552C9AD10D76F915C46AA2D0C | Chloe Loves Carl Part 2 |
| 06/22/2014 02:17:06 | 29E923A36469A7C10A7B3E883444F071CDBD0945 | Lovers Way |
| 06/15/2014 05:25:25 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |
| 06/09/2014 03:20:53 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |

**Total Statutory Claims Against Defendant: 13**

EVA205

EXHIBIT A